July 13, 2023

**VIA ECF**
Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

    Re:    *Hector Horta v. Kings Logistics, LLC, et al; 1:22-cv-02508-MKB-VMS*

Dear Judge Scanlon:

    Our Firm represents Plaintiff in the above referenced matter. We submit this letter, which was reviewed and approved for submission by Defendants' counsel, to inform the Court that the parties have agreed to remove the two identified provisions as recommended in the Court's July 5th Report and Recommendation. The parties jointly submit herewith the second amended settlement agreed for your the Court's approval.

                        Respectfully Submitted,

                        Nicholas Bittner, Esq., Associate
                        The Law Office of Christopher Q. Davis
                        80 Broad Street, Suite 703
                        New York, New York 10004
                        646-430-7930 (main)
                        646-349-2504 (fax)

CC: Counsel for Grand Market International via ECF